**Michael R. Totaro 102229**
**P.O. Box 789**
**Pacific Palisades, CA 90272**
**310 573 0276 (v) 310 496 1260 (f)**
**Ocbkatty@aol.com**

**Reorganized Debtor In Pro Per**

**IN THE UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| **In re** | **Case No**. **2:16-bk-12679-NB** |
| **Michael R. Totaro,** | **Chapter 11** |
| **Reorganized Debtor.** | **POST CONFIRMATION STATUS CONFERENCE STATEMENT** |
| | Date:    September 18, 2018<br>TIme:    1:00 pm<br>Ctrm:    1545<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

**TO THE HONORABLE COURT, THE UNITED STATES TRUSTEE, ALL CREDITORS AND ANY INTERESTED PARTIES**:

The following Declaration of Michael R. Totaro is submitted as the post confirmation status report for the above referenced status conference:

I, Michael R. Totaro, declare:

1.    I am an attorney at law licensed to practice before all courts in the State of California and the Reorganized Debtor appearing pro per in this matter.  As such I have personal knowledge of the following facts and if called as a witness, I could and would testify competently thereto.

2.    The Tchpitoulas property was recently sold so that problem is over. The Santa Ynez property was taken off the market briefly and has now been relisted. The difference that within the last 4 months there have been two recent sales which confirm the value of the property.

3. The Santa Ynez property is located on a cul de sac with four small houses in the front and two larger houses in the rear. Ours is one of the larger houses at 4450 square feet with 5 bedrooms and 6 baths. This is important to understand the fact that now the property should sell quickly.

4. Until 4 months ago there were no comps because none of the larger homes had sold in the last 15 years. The house right next to us sold at $2,250,000. It is 3900 square feet and 4 bedrooms and 4 baths. This was the first sale. About a month ago a second house sold that is in the same position as ours only one cul de sac over. It sold for $2,800,000 and again is 4 bedrooms 4 baths and 3900 square feet.

5. We have reduced the house to $2,250,000 without a broker and $2,300,000 with a broker. We are intent on selling since most of my business is in Orange County and we are opening an office in New Orleans due to the family problems there. My partner has recently taken the bar there and expects the results in about a month.

6. Plan payments are current as they are on auto pay from a specific account although there has been some problem with the auto pay. I think one or two of the payments did not go out but I am checking with the creditors to see if the funds were received or not.

7. I would suggest that the next status conference be set out 6 months. During that time the Santa Ynez house should sell and we may be able to pre pay some of the debt depending on the sale price and on whether or not we have to make another bail payment.

8. I believe the only reason we had a short time on this conference was due to the problem with it taking almost a year and half to sell the Tchpitoulas property. Also we are considering selling the Octavia property and will make that decision in the next 60 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 4, 2018 at Los Angeles, CA.

Michael R. Totaro

2

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   P.O. Box 789, Pacific Palisades, CA 90272

A true and correct copy of the foregoing document described as Post Confirmation Status Conference Report will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 4 2018  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
See attached

☒ Service information continued on attached page

2. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served): On September 4, 2018 I Served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Neil Bason, United States Bankruptcy Judge,  255 E. Temple St. Los Angeles, CA 90012

☒ Service information continued **on** attached pag**e**

3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/4/2018 | Maureen J. Shanahan | /s/ Maureen J Shanahan |
|---|---|---|
| Date | Type Name | Signature |

1. By Nef
- **David W Brody**    dbrody@brody-law.com, bknotice@brody-law.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Todd S Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Fredric J Greenblatt**    fjg@greenblattlaw.com, keg@greenblattlaw.com
- **Dare Law**    dare.law@usdoj.gov
- **Bruce B Osterstrom**    bboapc@sbcglobal.net, cmessenger@sbcglobal.net
- **Kelly M Raftery**    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Martina A Slocomb**    rockymountainlaw@yahoo.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Kimberly S Winick**    kwinick@clarktrev.com, knielsen@clarktrev.com
- **Kristin A Zilberstein**    ecfnotifications@ghidottilaw.com

2. By Mail

**AOK Brothers, LLC**
291 W. Baseline St.
San Bernardino, CA 92410

**Bankers Trust**
P.O. Box 789
Pacific Palisades, CA 90272

**Brenda Viktor**
2733 Reed Rd.
Escondido, CA 92027

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Capital One Bank, NA**
PO Box 30281
Salt Lake City, UT 84130

**Cash Call Inc**
1 City Blvd W
Orange, Ca 92868

**CashCall, Inc.**
c/o Law Offices of David W. Brody
1350 Columbia St., Ste. 403
San Diego, CA 92101

4

**Citibank, NA**
P.O. Box 6241
Sioux Falls, SD 57117

**CitiMortgage, Inc.**
P.O. Box 6030
Sioux Falls, SD 57117-6030

**FRANCHISE TAX BOARD**
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

**Frontier Communications**
Bankruptcy Department
19 John St
Middletown, NY 10940

**Heloise Mitchell**
37055 Boxleaf Rd
Palmdale, CA 93550

**Internal Revenue Service**
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

**Joseph and Sharon Griffin**
PO Box 30147
Cromberg, CA 96103

**Luke McJimpson**
4003 Mt Vernon Dr.
Los Angeles, CA 90008

**Nationstar Mortgage**
350 Highland Dr.
Lewisville, TX 75067

**Pacific Business Capital Corp.**
245 Fischer Avenue, Suite A1
Costa Mesa, CA 92626

**Paul Sinibaldi**
109 Grand St. #602
Hoboken, NJ 07030

**Select Portfolio Loan Servicing**
P.O. Box 65250
Salt Lake City, UT 84165

1
2
3
4  **U.S. Bank NA,**
5  C/O Select Portfolio Servicing, Inc.
   P.O. Box 65250
6  Salt Lake City, UT 84165-0250

7  **U.S. Bank National Association**
   Nationstar Mortgage LLC
8  PO Box 619096
   Dallas, TX 752619741
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28